UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-8330-DMG (FFMx) | Date | August 25, 2016 |
| Title | *Marcela Vaverkova v. Gucci America, Inc., et al.* | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**  IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of the parties' Stipulation of Voluntary Dismissal filed on August 24, 2016 [Doc. # 26], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.